UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

*# 291533*

IN RE:                                    CASE NO.   05-42854-BKC-AJC
BENJAMIN AUGUSTO SOLER
SUELAY RAFAELA SOLER

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    429.83   remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your  trustee
     has  made  a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or  the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $      .00    remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of   the   names,   Claim   numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts   to   which   they   are
entitled.

     WHEREFORE,   your trustee hereby gives notice that  the above
stated  sum  has   been  deposited  with  the  Clerk  of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date: _____**JUL 2 5 2011**_____

                                        _____
                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

BENJAMIN AUGUSTO SOLER
SUELAY RAFAELA SOLER
15901 SW 103RD COURT
MIAMI, FL 33157

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

TRIAD FINANCIAL CORPORATION
DEPT CH 10104
PALATINE, IL 60005-0104

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO.   05-42854-BKC-AJC
BENJAMIN AUGUSTO SOLER
SUELAY RAFAELA SOLER


                                          CHAPTER 13


BENJAMIN AUGUSTO SOLER
SUELAY RAFAELA SOLER
15901 SW 103RD COURT
MIAMI, FL 33157


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


TRIAD FINANCIAL CORPORATION    ---------$         429.83
DEPT CH 10104
PALATINE, IL 60005-0104                  UNDELIVERABLE/STALE
                                         CLAIM REGISTER# 8


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130